
ORIGINAL

**FILED**

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0730

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0730

WILLIAM CARR,

Petitioner,

v.

CAPTAIN BRADLEY BRAGG,

Respondent,

ORDER

**FILED**

JAN 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

William Carr has filed a Petition for Writ of Habeas Corpus, indicating that he is being held in jail and that his bail is excessive. Carr is presently detained in the Lewis and Clark County Detention Center.

Carr contends that the Deputy County Attorney has lied and provided "false statements to the Judge" concerning his criminal history and that he is kept in jail on bail unjustly. He explains that the statements included multiple prior arrests on the offense of partner or family member assault (PFMA) and that he has "only been arrested here [o]nce." He challenges his criminal history from Massachusetts and how it was relayed to the court. Carr puts forth that the strangulation and PFMA charges are "not true, in turn keeping him held here on bond."

Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of his present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d. 337. This Court has recently determined that a district court has the discretion to grant or deny release and bail as well to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. In setting bail, Montana courts are constrained to the twelve factors enumerated in § 46-9-301, MCA, and within those restrictions the amount is left to the trial court's sound discretion and will be upheld if reasonable. *Grafft*, ¶ 14 (quotation and citation omitted).

Here, Carr has not given us an amount for bail or any supporting documentation about his case. Carr has not demonstrated illegal incarceration or that his bail is excessive. Section 46-22-101(1), and 46-22-103, MCA.

We requested and reviewed a copy of the Lewis and Clark County District Court's register of actions. In August 2022, the State charged Carr with four offenses: strangulation of partner or family member (1st offense); criminal endangerment; PFMA (1st offense); and PFMA (3rd offense). The court held a hearing on a motion for bail modification on September 1, 2022. Carr has counsel to represent him.

We caution Carr to refrain from filing pleadings on his own behalf with this Court when he is represented by counsel. M. R. App. P. 10(1)(c); *State v. Samples*, 2005 MT 210, ¶ 15, 328 Mont. 242, 119 P.3d 1191. Carr has the remedy of appealing any conviction and sentence to this Court after the District Court issues a final judgment. Accordingly,

IT IS ORDERED that Carr's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Christopher David Abbott, District Court Judge; Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. DC-22-382; Fallon Stanton, Deputy County Attorney; Bridgitt B. Erickson, Defense Counsel; counsel of record, and William Carr personally.

DATED this 10 day of January, 2023.

_____
Chief Justice

_____

_____

2

_____

_____
Justices